IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID ALLEN COMPTON,

    Plaintiff,

  v.

HUGH C. DOWNER, JR., Individually
and in his Official Capacity as
Curry County Circuit Court Judge;
CHARLES STEAK, Individually and in
his Official Capacity as District
Attorney of Curry County; and
JOHN and JANE DOE,

    Defendants.

Civil No. 05-1482-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Plaintiff's Motion for Order of Voluntary Dismissal, Without Prejudice (#6) is GRANTED, and this action is DISMISSED.

    IT IS SO ORDERED.

    DATED this <u>14th</u> day of December, 2005.

                        <u>/s/ Anna J. Brown</u>
                          ANNA J. BROWN
                          United States District Judge

1 - ORDER -                        P:\Brown-LawClerks\05-1482compton1214order.wpd